PD-1215-15

NO _____

IN The

Court of Criminal Appeals

RECEIVED IN
COURT OF CRIMINAL APPEALS
SEP 16 2015
Abel Acosta, Clerk

FILED IN
COURT OF CRIMINAL APPEALS
SEP 18 2015
Abel Acosta, Clerk

Deric Williams
v
State of Texas

From Appeal No 05-14-00567-CR
Trial Cause No F12-13693-L

Dallas ____ County

To The Honorable Judge of

Come Now Deric Williams Petitioner, And files
This Motion for A Extenion of Sixty Days In
Which To File A petition for Discretionary
Review. I Support of This Motion Appellant
Shows The Court The following

I

The Petitioner Was Convicted in The Criminal District
No.5 ~~District Court~~ of Dallas County.
Texas of The offense of Evading Motor VehicleIN
Cause NoF12-13693-L Styled State of Tx vs
Deric Williams, The Petitioner Appealed To
The Court of Appeals, Fifth District Supreme
Judicial District At Dallas
The Case Was Affirmed On August 21,2015

## II

The Present Deadline for Filing The Petition For Discretionary Review is August 21, 2015 The Petitioner has Not Requested Any Extension Prior To This Request

## III

Petitioner's Request For An Extension is based upon The Following Facts Petitioner was Not Informed of The Decision of The Court of Appeals In Affirming his Case Until August 23, 2015 Since That Time petitioner has been Attempting To gain legal Representation In This Matter. His Attorney On The Appeal, Russ Henrichs, has Informed Petitioner That he Will Not Represent him On The Petition For Discretionary Review

Wherefore Petitioner Prays This Court grant This Motion And Extend The Deadline For Filing The Petition For Discretionary Review In Case No. 05-14-00567-CR

Petitioner, PRO SE
Texas Department of Criminal Justice    Beto    Unit

TDCJ ID # 1929549

Tennessee Colony Texas 75880-5000